George Sitelis, Appellant, v. Angelo Mouhelis, Evdokia Mouhelis, and Bernard S. Neistein, Appellees.

Gen. No. 46,998.

First District, Second Division.
February 19, 1957.
Rehearing denied March 12, 1957.
Released for publication April 2, 1957.

Peter S. Sarelas, for appellant; Abram Jess Cohen, for appellees, Burton Berger, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.